Plaintiff's Index of Exhibits

RCV'D - USDC COLA SC
AUG 19 '25 AM10:03

1. Exhibit A- Aiken County Family Court Order Dated March 7th 2024 and signed March 8th 2024 by The Honorable Judge J Smithdeal implementing the No Contact Order in question

2. Exhibit B- Report submitted allegedly providing proof the no contact order had been violated.

3. Exhibit C- Affidavits Submitted proving the report false.

4. Exhibit D- Aiken County Family Court Order dated January 28th 2025 signed by The Honorable Judge V Snelgrove (retired) ordering the reassignment of primary custody based on alleged violation of the no contact order.

5. Exhibit E- Petition for Writ of Mandamus to the South Carolina Supreme Court

6. Exhibit F- Order From South Carolina Supreme Court Declining to entertain

7. Exhibit G-Copy of Emergency Ex Parte filings submitted Directly to chambers of CAJ which were ignored.

8. Exhibit H-Copy of Emergency Filings submitted to South Carolina Supreme Court

*[signature]*

17