EXHIBIT

B

**Dukes Investigations and Consulting**
**221 Mac Circle**
**Lexington, South Carolina**
**Henry@Dukespi.com**
**(803) 727-9648**


**Case #: 24-061**
**Manuel Alexander Hill vs. Jessica Nicole Hill**
**Report**

**DUKES INVESTIGATIONS & CONSULTING, LLC**
**221 Mac Circle**
**Lexington, SC 29073**
(803) 939-5155
Henry@DukesPI.com
KTurner@DukesPI.com

**Case: Manuel Alexander Hill**                    **Case Number: 24-061**

## ASSIGNMENT

Manuel Alexander Hill hired Dukes Investigations on November 10, 2024, concerned that his ex-wife, Jessica Nicole Hill was violating the Court Order by having the parties' minor children around her boyfriend Johnathan Loyal Bradshaw, who is not to be exposed to the children at all per the Court Order.

## SUBJECT 1 OF INVESTIGATION:

| | |
|---|---|
| NAME: | **Jessica Nicole Hill** |
| RACE/GENDER: | **Caucasian/Female** |
| HAIR COLOR: | |
| RESIDENCE ADDRESS: | **2147 Piper Road** |
| | **Aiken, South Carolina** |
| VEHICLE: | **Black Ford FLEX** |
| SC TAG: | **7962SH** |

## SUBJECT 2 OF INVESTIGATION:

| | |
|---|---|
| NAME: | **Johnathan Loyal Bradshaw** |
| RACE/GENDER: | **Caucasian/Male** |
| HAIR COLOR: | |
| RESIDENCE ADDRESS: | **2147 Piper Road** |
| | **Aiken, South Carolina** |
| VEHICLE: | **Silver Grand Marquis** |
| SC TAG: | |

## INVESTIGATIVE RESULTS

During the course of the investigation, Investigators were able to document that Ms. Hill was exposing the parties' minor children to Mr. Bradshaw, which is in violation to the Court's Order.

On November 10, 2024, Investigators documented that Mr. Bradshaw was at the home located at 2147 Piper Road, Aiken, South Carolina while Ms. Hill and the partis' minor children were there. Mr. Bradshaw was getting items out of Ms. Hill's car and carrying them in the house.



On November 22, 2024, at approximately 1:00 p.m. investigators placed a camera on Coda Way Road which is across the street from the home.



On November 22, 2024, at approximately 1:30 p.m. Ms. Hill's car arrived at the house, at approximately 1:32 p.m.





Mr. Bradshaw exited out of Ms. Hill's vehicle. At approximately 1:42 p.m., Mr. Bradshaw is in the yard.



At approximately 2:03 p.m., Ms. Hill comes out of the house while Mr. Bradshaw is still in the yard. The two (2) of them leave the house and Mr. Bradshaw is driving Ms. Hill's vehicle.



At approximately 3:49 p.m. Ms. Hill returned with the minor children.



At approximately 4:42 p.m. Ms. Hill is outside of the home.



At approximately 6:00 p.m. Ms. Hill leaves the house without the kids. The minor children were left the home by themselves.



At approximately 6:28 p.m. Ms. Hill returned to the home and two (2) people got out of the vehicle.



On November 23, 2024, at approximately 6:54 a.m. Ms. Hill's vehicle leaves, and she goes to work.



At approximately 11:33 a.m., the minor children come outside and play by the road unsupervised, close to the main highway. There is also a fire burning.







At approximately 2:04 p.m., Ms. Hill gets home, kids were by themselves from 6:54 a.m. until 2:04 p.m.







At approximately 3:40 p.m., Ms. Hill leaves the home without the kids.



At approximately 4:31 p.m., Ms. Hill returns to the house (kids were left alone again).   At approximately 4:52 p.m., Ms. Hill leaves the house again.



At approximately 7:42 p.m., comes back to the house and parks behind her.



At approximately 8:26 p.m., pulls in front of her.



On November 24, 2024, at approximately 8:44 a.m., Ms. Hill and Mr. Bradshaw are still at the house.

At approximately 12:29 p.m., Ms. Hill and Mr. Bradshaw leave the home in her vehicle.





At approximately 12:48 p.m., Ms. Hill's vehicle returns to the house and Mr. Bradshaw is driving, he goes inside the house.



At approximately 12:59 p.m., Mr. Bradshaw comes out of the house and leaves.



At approximately 2:50 p.m., Ms. Hill's vehicle returns to the house, did not see the kids, the kids must have been in the house and left alone again.





At approximately 3:19 p.m. Ms. Hill left the home; no kids were with her.



At approximately 6:32 p.m., Ms. Hill returned to the home and two (2) people got out of the vehicle and went into the home.



At approximately 8:49 p.m., the vehicle left home.





At approximately 9:32 pm., the vehicle returned to the home a person did not get out the vehicle until approximately 10:25 p.m.



On November 25, 2024, at approximately 1:05 a.m. the vehicle leaves the house.



At approximately 1:43 a.m. the vehicle returns to the house. At approximately 1:55 a.m., Mr. Bradshaw get out of the vehicle and goes into the house.







At approximately 3:45 a.m., a fox walks by.



At approximately 7:02 a.m., a vehicle leaves the house, the kids are at school.



At approximately 8:10 a.m., Ms. Hill comes back to the house and goes inside.





At approximately 9:24 a.m., Mr. Bradshaw arrived at the house.







At approximately 12:37 p.m., Mr. Bradshaw leaves the house.



At approximately 12:44 p.m. Ms. Hill leaves the house.





At approximately 2:55 p.m., Ms. Hill returns to the house with the children, and a child is sitting on her lap driving the car.



At approximately 4:17 p.m. Ms. Hill and the children go inside the house.





At approximately 4:58 p.m. Ms. Hill leaves the house without the children.



At approximately 6:01 p.m., Ms. Hill came back to the house. At approximately 6:02 p.m., Ms. Hill leaves the house again and returns to the house at approximately 6:36 p.m. Two people get out of vehicle and go inside the home.



On November 26, 2024, at approximately 3:24 p.m., the vehicle leaves the house without children and returns at approximately 3:45 p.m. without kids.



At approximately 4:34 p.m., the vehicle leaves the house and approximately 4:37 p.m., returns to house without children.







At approximately 4:40 p.m., leaves house.



At approximately 7:57 p.m., leaves house and at approximately 8:32 p.m. Ms. Hill comes back home, and the children are in the vehicle with her.



At approximately 8:42 p.m., Ms. Hill went inside the home and the children stayed outside. At approximately 8:45 p.m., still outside, at approximately 8:48 still outside and at approximately 9:11 leave the home.



At approximately 9:53 p.m., the vehicle comes back home.



On November 27, 2024, at approximately 6:55 a.m., Ms. Hill left the house and did not have any kids with her.







At approximately 10:45 a.m., Mr. Bradshaw is outside the house and the kids are inside the house. At approximately 10:50 a.m., Mr. Bradshaw starts a fire in the yard.





At approximately 11:16 a.m., a white car goes down the road and Mr. Bradshaw goes and stands in the road.  At approximately 11:19 a.m., Mr. Bradshaw stops the white car in the road.



At approximately 2:17 p.m., Ms. Hill returns to the home with a white female and all three (3) go inside the home.





At approximately 2:40 p.m., Mr. Bradshaw finds the camera and cuts it off.



At approximately 3:13 p.m., I received an email that someone had tried to access my account. See Attached.

At approximately 4:13 p.m., I receive a call from Mr. Bradshaw and again at approximately 4:16 p.m. Mr. Bradshaw stated that he wanted me to conduct an investigation into him and that he had not been around the kids. Also stated that he whipped my camera of all videos.

On November 28, 2024, at approximately 3:54 p.m. Mr. Bradshaw call me again.

During the investigation, while the parties' minor children were in the custody of Ms. Hill at their home, Mr. Bradsaw was observed on multiple occasions at the home without his car. When the minor children were not staying with Ms. Hill, Mr. Bradshaw was there and would drive his vehicle there and stay overnight.

Surveillance and observations of activities were documented during this investigation. These events were documented by surveillance and digital photographs. Report prepared by Investigator Henry Dukes with Dukes Investigations on December 23, 2024.

Affidavit- I, Henry Dukes, am a retired Law Enforcement Officer. I retired in 2014, honorably, after serving 35 years. I began my business, Dukes Investigations, in 2015, fully bonded and insured and licensed with the South Carolina Law Enforcement Division from the beginning. I, being duly authorized, states that the report is accurate to the best of my knowledge.

Henry Dukes

Sworn and subscribed before me this
23 day of December, 2024.

Karen Turner
Notary Public for South Carolina
Commission Expires: 10/16/2034

54