# EXHIBIT

# C

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE FAMILY COURT FOR THE |
| COUNTY OF AIKEN ) | SECOND JUDICIAL CIRCUIT |
| MANUEL A. HILL, ) | Case No.: 2024-DR-02-239 |
| Plaintiff, ) | |
| v. ) | **EXPEDITED HEARING EXHIBITS** |
| JESSICA N. P. HILL, ) | |
| Defendant. ) | |

1. Affidavit of Jessica Hill (Defendant);

2. Affidavit of David Cantrell;

3. Affidavit of John Bradshaw;

4. Affidavit of Roger Pennington;

5. Affidavit of Antonio Donaldson;

6. Financial Declaration of Jessica Hill.

This 15 day of January, 2025.

Amanda P. Keen
Attorney for Defendant
South Carolina Bar No. 106119

The Law Office of Amanda M. Bellotti, LLC
2604 Commons Boulevard
Augusta, Georgia 30909
Telephone: (706) 722-7542
Facsimile: (706) 724-7776

PERSONALLY APPEARING before the undersigned officer duly authorized to administer oaths, **Jessica Hill**, and after being duly sworn on oath deposes and says as follows:

1. My name is Jessica Hill. I am the mother of three children, KCH, born 2011, JBH, born 2014, and CEH, born 2016. I am married to John Bradshaw. John Bradshaw has had no contact with the minor children per the prior order.

2. The children have been left home while I was at work, but not alone. There is a home phone and a home security system, and the children are 13, 10, and 9. David Cantrell was also inside the home. He spent several evenings and days with us throughout the week.

3. On November 22, Mr. Bradshaw left the residence to stay with a friend for the children's visit. That evening, I went and picked up Mr. Cantrell from his residence and returned home. Mr. Cantrell stayed through the following afternoon, when he was picked up. He went home for a while and then I went and brought him back over on the 23rd to spend time with myself and the children until the following day Mr. Cantrell was returned home when the children went to school on the 25th.

4. Mr. Bradshaw was dropped off on November 25th for a short time while the children were at school.

5. When I returned home from school pick up, I took the dirt road access easement known as Coda Way, and permitted my child to sit on my lap and steer. This is something that I have done and have witnessed that Mr. Hill has done in the past on his dirt road, Morris Pond as well. This is not a regular occurrence, and it is only allowed on the easement, not the main road of Piper Rd. Mr. Cantrell returned to my residence on Piper Rd that evening when I picked him up.

6. On November 27, the children were not present in the home, and the guardian ad litem was made aware of the circumstances that day. Mr. Bradshaw came to the residence and discovered that there was a camera on the property surveilling my house. The camera was on private property as part of my address, and the investigator did not have permission to place it there from either myself or the property owner

7. My husband is not violent and my children are safe around him. Not only is he not a violent individual, there has been nothing entered to the Courts to confirm this.

8. I can tell from the surveillance photos that the camera is located on the property I live on and have possession of. I rent this property from my parents. I did not give anyone permission to trespass and place a surveillance camera. From the positioning of the camera, it must have been outside my shed, between the shed and residence

9. Mr. Dukes was contacted by Mr. Bradshaw on the 27 and informed that SLED had opened an investigation against him regarding his unlawful surveillance. The report was created after this contact.

10. Mr. Hill was sending photographs from the PI to other individuals who shared them with me prior to the release of the report. However, Mr. Hill withheld filing an emergency hearing until over a month later. See attached screenshot of text from Mr. Hill that was forwarded to me.

11. I am requesting the no contact order between my husband and the children be dropped. Mr. Hill seems to believe it gives him permission to stalk, harass, and spy on me via his own means or a private investigator. Mr. Hill takes issue with everyone, not just Mr. Bradshaw and does not need the added excuse to harass me.

FURTHER AFFIANT SAYETH NAUGHT.
Sworn to and subscribed before me )
this 15th day of January, 2025. )
)
_____ )    _____
NOTARY PUBLIC )    Jessica Hill
County of Columbia, Georgia )
My commission expires: 11/9/2032 )

2

2:45

    

Manny

Thu, Nov 28 at 7:43 AM

**Was that you talking to Bradshaw in Nicole's yard yesterday?**



Nope



**My p.i caught them breaking rules again. Filing for full custody, won't change anything with you**

**I don't use the kids as weapons that's them**

**If you see the kids today just let them know I love them**

> Yeah i don't know who that is. I would but unfortunately we go out of town with Troy's family's

**No worries**

**Not making threats, this ain't the first time she lost the kids with him. Just a heads up is all**

+



PERSONALLY, APPEARING before the undersigned officer duly authorized to administer oaths, Antonio Donaldson and after being duly sworn on oath deposes and says as follows:

1. My name is Antonio Donaldson, I am a friend of the defendant's husband John Bradshaw.
2. I am writing this affidavit to inform the court that Mr. Bradshaw was staying with me at my residence in Beech Island during thanksgiving week.
3. During Thanksgiving week, the only time Mr. Bradshaw was not with me was on November 25th, 2024, when he went to his house to see his wife while the children were in school, then returning to my residence where he remained until November 27th, 2024.
4. Besides the two dates mentioned above Mr. Bradshaw did not leave my residence unless he was with me.
5. Mr. Bradshaw has not in any way violated the no contact order between himself and the children.

FURTHER AFFIANT SAYETH NAUGHT

Sworn to and subscribed before me )
This 5th day of January, 2025 )

_Christina Simrock_
NOTARY PUBLIC )
County of Aiken, South Carolina )
My commission expires: 11/9/2032 )

_Antonio Donaldson_
Antonio Donaldson

PERSONALLY APPEARING before the undersigned officer duly authorized to administer oaths, Roger Pennington, and after being duly sworn on oath deposes and says as follows:

1. My name is Roger Pennington. I am the father of Jessica Hill and the property owner at 2147 Piper Rd. I lease the property to my daughter and her family.
2. I have not given anyone, individually or a company, permission to plant surveillance devices anywhere on any of my properties for any reason, especially not to harass and spy on my family members

FURTHER AFFIANT SAYETH NAUGHT.
Sworn to and subscribed before me )
this 15th day of January, 2025. )

_Christina Moore_ )   _Roger Pennington_ (signature)
NOTARY PUBLIC ) Roger Pennington

My commission expires. 11/9/2032

PERSONALLY, APPEARING before the undersigned officer duly authorized to administer oaths, John L Bradshaw and after being duly sworn on oath deposes and says as follows:

1. My name is John L Bradshaw, I reside at 2147 Piper Rd Aiken SC 29805
2. I am writing this affidavit due to the false allegations in Dukes report in which Dukes claims to have photographs of me violating the no contact order issued by this court March 04 2024.
3. During the week of thanksgiving i was staying with a friend in Beech Island, during this time period i went to my house once while the children were in school so i could wash clothes and then again on the 27th of November 2024 while the children were not present at the house.
4. It was during my visit on November 27th 2024 that i discovered the hidden camera that Dukes illegally placed on the property.
5. Neither my wife nor my self gave permission for any one to access the property for any reason. Infact due to Hartes client the entire property is plainly and clearly marked with no trespassing signs and purple spray paint in accordance with the laws of this state.
6. Dukes report states that the camera was placed on "Coda Way Road" this is however incorrect.
7. The camera was placed off the side of Coda Way and well on to our property on the side of the barn on our property.

8. When I found the camera I first contacted SLED, I then contacted Dukes who became very irate when I informed him that the camera had been confiscated due to illegally being placed on our property.

9. Dukes demanded I return the camera at which point I informed him that agents at SLED Office of Professional Responsibility informed me that I was not obligated to return the camera to him which angered him further.

10. The next I spoke with Dukes I informed him that I had filed a formal complaint against him with SLED for his illegal actions, I would think Dukes being a 35 year veteran of the Lexington County Sheriff's Office retiring as a Lieutenant would be very much aware of the laws of this state and must have known what he was doing was illegal and unethical.

11. The allegations in Dukes report are retaliation for the formal complaint I filed against him and for the camera that I confiscated due to being illegally placed on our land.

12. I have not in any way violated the no contact order.

13. During the March 04th 2024 emergency hearing this court directly asked Harte if he had any evidence that backed or supported any of his clients allegations to which Harte Replied " I personally have not seen any, Just my clients word that it exists."

14. The Criminal Charges Hartes client used as the baseis for the need for the no contact order were terminated in my favor, I have included the tracking sheet with this affidavit.

15. The GAL has also stated that she has been unable to find any evidence that backs or supportts the false allegations made by Harte and his client.

16. Despite claims of the plaintiff SCDSS has no records or case files on me at all.

17. I have also been cleared by SLED, the Aiken County Sheriffs Office, and SCDSS and have worked with all three agencies on numerous occasions.

18. Due to these facts I would also respectfully request this court to dismiss the no contact order the plaintiff fraudulently obtained against me.

FURTHER AFFIANT SAYETH NAUGHT
Sworn to and subscribed before me )
This 15th day of January 2025 )

)
*Christina SMoore* )
NOTARY PUBLIC )
County of Aiken, South Carolina )
My commission expires: 11/9/2032 )

David B Cantrell SUB
John L Breedlove
forwsteys [illegible]@[illegible]gmail.com
3147 Pipe Rd Aiken SC 21[illegible]

PERSONALLY, APPEARING before the undersigned officer duly authorized to administer oaths, David B Cantrell and after being duly sworn on oath deposes and says as follows:

1. My name is David B Cantrell, I reside at 614 Morris Pond Rd Aiken SC 29801 and I am a family friend of the Bradshaw's
2. I am writing this affidavit on behalf of the Bradshaw's due to the false allegations contained in the PI's report.
3. Mr. Bradshaw is not the one that was seen at the Bradshaw's residence. I know this to be true and factual because it was me that was there.
4. During the week of thanksgiving I was at the Bradshaw residence on multiple nights.
5. Since meeting Mr. Bradshaw I have become very close with the family and often have dinner with Mrs. Bradshaw and the children when she has them.
6. Originally, we would typically have dinner at my house on Morris Pond Road but due to the erratic and unstable actions of the plaintiff causing even the children to feel unsafe we settled on having dinner at Mrs. Bradshaw's residence.
7. At no time during the week of thanksgiving nor at any other time has Mr. Bradshaw Violated the No Contact order.
8. This Private Investigator is lying in his report in retaliation for having his illegally planted camera confiscated by Mr. Bradshaw and for the formal complaint Mr Bradshaw filed against him for his actions.
9. The PI also states that On November 10th 2024 Mr Bradshaw was seen carrying things into the house with Mrs. Bradshaw, this is also false as well. I know this to be false because on November 10th, 2024, Mr. Bradshaw was at my residence working on his vehicle which had broken down in my driveway. He was at my house from early morning until well after midnight working on his vehicle.

FURTHER AFFIANT SAYETH NAUGHT
Sworn to and subscribed before me )
This 5th day of January 2025 )

_____ )
NOTARY PUBLIC )
County of Aiken, South Carolina )
My commission expires: 11/9/2032 )

_____
David B Cantrell