# EXHIBIT

# F

# The Supreme Court of South Carolina

## ORDER

Pursuant to Rule 245, SCACR, and *Key v. Currie*, 305 S.C. 115, 406 S.E.2d 356 (1991), we decline to entertain the following matters in this Court's original jurisdiction:

1. *David Farrell Sullivan v. State of South Carolina*, Motion for Consideration to Vacate or Set Aside, dated February 21, 2025. Appellate Case No. 2025-000356.

2. *Tyrone Robinson v. State*, Petition for Common Law Writ of Certiorari; Pro Se Motions to Recuse, Appoint Counsel, and Proceed *In Forma Pauperis*, dated February 27, 2025. Appellate Case No. 2025-000357.

3. *Keith LeVan v. Honorable Judge Kristi Curtis*, Petition for a Writ of Mandamus, dated March 25, 2025. Appellate Case No. 2025-000610.

4. *Joshua Robinson v. State of South Carolina*, Petition for Writ of Mandamus to the Honorable Justices of the United States Supreme Court, dated March 5, 2025; Emergency Motion for Injunction Pending Appeal, dated March 6, 2025; Motion to Proceed In Forma Pauperis, dated March 6, 2025; Writ of Supersedeas to the Supreme Court of South Carolina, dated March 6, 2025; Motion for a Emergency Restraining Order, dated March 10, 2025; Writ of Prohibition, dated March 25, 2025; Writ of Prohibition and Request for Emergency Stay and Any Other Extraordinary Remedy That's Deemed Applicable, dated April 1, 2025; and Writ of Prohibition, dated April 2, 2025. Appellate Case No. 2025-000441.

5. *In the Matter of Tyrone Perry*, Motion to Remand, dated March 3, 2025. Appellate Case No. 2025-000443.

6. *Julia Catherine Stanley v. State of South Carolina*, Petition for Consolidation and Writ of Certiorari, dated April 17, 2025, and Ex Parte First Amendment Petition for Rule Nisi for Writ of Habeas Corpora/Ex Parte

Rule Nisi With Default Judgment for Writ of Habeas Corpora, dated April 16, 2025. Appellate Case No. 2025-000746.

7. *Jessica N. Bradshaw v. The Aiken County Family Court The Honorable Judge V. Snelgrove*, Verified Petition for Writ of Mandamus, dated April 21, 2025; Verified Affidavit in Support of Petition for Writ of Mandamus, dated April 21, 2025. Appellate Case No. 2025-000736.

8. *James Mackey, # 177328, Appellant, v. The State, Respondent*, Common Law Writ of Certiorari, received April 1, 2025. Appellate Case No. 2025-000612.

9. *Sherman Smith v. Joseph Strickland*, Petition for a Writ of Mandamus, dated April 1, 2025; and *Sherman Smith v. Master in equity*, dated April 15, 2025. Appellate Case No. 2025-000613.

10. *Sherman Smith v. South Carolina Department of Social Services*, Petition for a Writ of Mandamus, dated April 15, 2025. Appellate Case No. 2025-000722.

_____ C.J.
John Kittredge

_____ J.
_____ J.
_____ J.
D. Hamlin
_____ J.
Letitia H. Verdin

Columbia, South Carolina
May 6, 2025

cc:   David Farrell Sullivan
      D. Russel Barlow, II
      Tyrone Robinson
      Levern Cohen
      Keith Sheldon Levan
      Kristi Fisher Curtis
      Joshua Robinson
      Tyrone Perry
      Julia Catherine Stanley
      Jessica N. Bradshaw
      John W. Harte
      Jacqueline F. Busbee
      Vicki Johnson Snelgrove
      James Mackey
      Sherman Smith
      Richland County Master in Equity
      Christopher Ryan Johnson
      Alan McCrory Wilson
      W. Jeffrey Young
      Christina Catoe Bigelow