## CERTIFICATE OF SERVICE

I John L Bradshaw hereby certify that on August 19th 2025 a true and correct copy of the Verified Complaint and Combined Expedited Motion for Emergency Temporary Restraining Order, Declaratory Judgment, and Preliminary Injunction was served upon all parties having interest by deposit in the custody of the U. S Mail First Class Postage Prepaid return receipt requested to include the following

The Honorable Judge Smithdeal
528 Monument Street, Room 208
Greenwood, SC 29646

RCV'D - USDC COLA SC
AUG 19 '25 AM 10:02

The Honorable Alan Wilson
Office of the Attorney General
P.O. Box 11549
Columbia, SC 29211
(for service only )

I further hereby certify that on August 18th 2025 A Courtesy copy of the said filings were Submitted to the Honorable Judge Smithdeal's Judicial Assistant

Respectfully Submitted

*John L Bradshaw*

2147 Piper Rd
Aiken SC 29805
jbradshaw566@gmail.com
8036150815

This the 19th Day of August 2025