**Declaration of John Bradshaw in Support of Emergency Relief**

I, John Bradshaw, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Plaintiff in this action and submit this declaration in support of my Verified Complaint and Combined Motion for Emergency Temporary Restraining Order, Declaratory Judgment, and Preliminary Injunction.

2. I am a resident of Aiken County, South Carolina, and the stepfather of three minor children directly impacted by the unconstitutional conduct described herein.

3. On or about March 4, 2024, a No-Contact Order was issued against me by Judge Smithdeal in the Aiken County Family Court. This order was entered without complaint, summons, service, hearing, or any proceeding naming me as a party.

4. I was not served, noticed, or afforded any opportunity to be heard prior to the issuance of the order. No findings of fact or legal authority supported its issuance.

5. The order was void ab initio, issued in clear absence of jurisdiction, and has since been used to justify a custody reassignment based on a fabricated contempt finding against my wife—who was not subject to the order and bore no legal duty to enforce it.

6. As a direct result of this enforcement, one of my minor stepchildren has disclosed suicidal ideation and emotional deterioration. These disclosures are ongoing and directly linked to the custody disruption and forced separation.

7. I have been repeatedly displaced from my home under threat of contempt or arrest, despite the absence of lawful authority. This has caused severe emotional distress to me and the children.

8. Judicial staff have obstructed my access to remedy by refusing to docket filings, denying hearings, and withholding case updates. These acts constitute retaliation for my protected legal advocacy and violate my First and Fourteenth Amendment rights.

9. I am not seeking damages. I seek only prospective equitable relief to halt ongoing constitutional violations and prevent further harm to the children.

10. I respectfully assert that this Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343, and that the Rooker-Feldman doctrine does not apply because I am not seeking appellate review of a final state judgment, but prospective relief from unconstitutional enforcement actions taken in clear absence of jurisdiction.

11. I further assert that judicial immunity does not bar this action, as I seek only injunctive relief against officials in their official capacity under Ex parte Young.

12. I respectfully request that this Court issue an Emergency Temporary Restraining Order and Preliminary Injunction to enjoin enforcement of the void no-contact order and custody reassignment, and declare the underlying contempt findings unconstitutional.

13. Emergency filings have also been submitted to the South Carolina Supreme Court which assigned docket number 2025-01542, stamped August 4th 2025, despite these filings disclosing evidence of state inflicted harm to minor children the supreme court has yet to assign a justice or present the filings for review with the clerk claiming " this is an internal administrative issue"

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of August 2025. Aiken County, South Carolina

Respectfully submitted,

John Bradshaw
Pro Se Plaintiff
2147 Piper Rd Aiken SC 29805
jbradshaw566@gmail.com
8036150815

This the 18th Day of August 2025