# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| John L. Bradshaw,<br>*Plaintiff*<br>v.<br><br>The Honorable Judge J. Smithdeal, All Persons Acting in Concert or Participation,<br><br>*Defendants*. | Civil Action No.    1:25-cv-11202-JDA |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, John L. Bradshaw, shall take nothing of the defendants, The Honorable Judge J. Smithdeal, All Persons Acting in Concert or Participation, and this action is dismissed without leave to amend and without prejudice.

This action was *(check one)*:

■ decided by the Honorable Jacquelyn D. Austin, United States District Judge, presiding.  The Court having adopted, in part, the Report and Recommendation of the U.S. Magistrate Judge Shiva V. Hodges, which recommended dismissal.

Date:       November 21, 2025                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                    s/A. Hilley
                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*